# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHELLE L. JONES**                                                                      **PLAINTIFF**
**ADC #711658**

v.                     No: 3:21-cv-00178 KGB-PSH

**NURHUZAL FAUST,** *et al.*                                                **DEFENDANTS**

## ORDER

Plaintiff Michelle L. Jones, an inmate at the Arkansas Division of Correction's McPherson Unit, filed a *pro se* complaint on August 27, 2021 (Doc. No. 1). Jones' motion to proceed *in forma pauperis* has been granted (Doc. No. 5).

Before docketing the complaint, or as soon thereafter as practicable, the Court must review the complaint to identify cognizable claims or dismiss the complaint if it: (1) is frivolous or malicious; (2) fails to state a claim upon which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. *See* 28 U.S.C. § 1915A.

Jones' complaint does not clearly set forth her claims. First, she states that she brings her claims under the Federal Tort Claims Act as well as 42 U.S.C. § 1983. The FTCA is a limited waiver of sovereign immunity and permits lawsuits against the United States "for injury or loss of property, or personal injury or death" caused by the negligence "of any employee of the Government while acting within the scope

of his office or employment . . . ".[1]  28 U.S.C. §§ 1346(b)(1), 2679(b)(1). Conversely, § 1983 remedies violations of the United States Constitution or federal law by individuals under color of state law (*i.e.*, state officials and/or employees).

Second, Jones does not clearly describe why she believes defendants violated her constitutional rights.  She appears to be claiming that she has not received appropriate hygiene items while subject to punitive restrictions.  Jones must amend her complaint to clearly set forth how each defendant has violated her rights and how she was injured as a result.  She may not rely on grievances or other documents in lieu of a short and concise statement describing her claims.  *See* Fed. Civ. Rule P. 8(d).

The Clerk of Court is directed to send a blank § 1983 complaint form to Jones. Jones is cautioned that an amended complaint renders her original complaint without legal effect; only claims properly set out in the amended complaint will be allowed to proceed.  In the event she fails to file an amended complaint conforming to this order within the next 30 days, the Court may recommend that Jones' complaint be dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 25th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The United States of America is the only proper defendant under the FTCA.  *See* 28 U.S.C. § 1346(b)(1); *Duncan v. Dept. of Labor,* 313 F.3d 445, 447 (8th Cir. 2002).