IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHELLE L. JONES**                                                                **PLAINTIFF**
**ADC #711658**

v.                     No: 3:21-cv-00178 KGB-PSH

**NURHUZAL FAUST,** *et al.*                                         **DEFENDANTS**

## **ORDER**

Before the Court is a motion filed by Plaintiff Michelle L. Jones seeking an additional 12 weeks to file an amended complaint (Doc. No. 7). Jones indicates that she lacks necessary supplies and is unable to do legal research while held in restrictive housing. Jones' motion is granted in part; she may have an additional 30 days to file an amended complaint. The Clerk of Court is also directed to send Jones a blank § 1983 form and a copy of this Court's order directing her to file an amended complaint (Doc. No. 6). Jones should complete the § 1983 form by providing the information requested; she does not need to cite legal authority in the complaint. Instead, she should describe facts to support a finding that her constitutional rights have been violated and by whom. She must describe these facts in a short and concise manner.

In the event Jones fails to file an amended complaint conforming to the Court's order (Doc. No. 6) within 30 days, the Court may recommend the dismissal of some or all of Jones' claims.

IT IS SO ORDERED this 6th day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE