# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHELLE L JONES**                                                                                           **PLAINTIFF**
**ADC #711658**

v.                                            **Case No. 3:21-cv-00178 KGB**

**NURHUZAL FAUST,** *et al.*                                                                                   **DEFENDANTS**

## ORDER

Before the Court is the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 10). No objections have been filed to the Recommendation, and the time to file objections has passed.

After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id.*). Accordingly, plaintiff Michelle L Jones' complaint is dismissed without prejudice for failing to state a claim upon which relief may be granted (Dkt. No. 1). Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying judgment would not be taken in good faith and recommends that this dismissal count as a strike pursuant to 28 U.S.C. § 1915(g).

It is so ordered this 16th day of December, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge