# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHELLE L JONES**  **PLAINTIFF**
**ADC #711658**

v.  Case No. 3:21-cv-00178 KGB

**NURHUZAL FAUST,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Michelle L Jones' complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied.

It is so adjudged this 16th day of December, 2022.

_____
Kristine G. Baker
United States District Judge